

**NCDOL**
*N.C. Department of Labor*

CHERIE K. BERRY
Commissioner of Labor

Harriet S. Hopkins
Deputy Administrator
Retaliatory Employment Discrimination Bureau

February 11, 2019

**By Certified Mail**
70173040000035424596

Jose Luis Crisanto-valentin
C/o Robert Willis 488 Thompson St.
Pittsboro, NC 27312

    Re: Jose Luis Crisanto-valentin v. Jackson Farming Company Of Autryville
    **File No: 48660**

Dear Jose Luis Crisanto-valentin:

The Bureau has received your request that the Bureau issue you a right-to-sue letter regarding the above-referenced complaint. You request meets the requirements set forth in the Retaliatory Employment Discrimination Act (REDA), N.C. Gen. Stat. §95-242(c).

**THIS IS YOUR 90-DAY RIGHT-TO-SUE LETTER. Pursuant to N.C. Gen. Stat. §95-243, if you intend to pursue a lawsuit against the Respondent, you must file a civil action in superior court within ninety (90) days of the date of this letter. If you fail to file a civil action within this time, your right to sue the Respondent under the provisions of REDA is lost.**

If you wish to seek legal advice regarding the requirements for filing a civil action, you may want to consult with an attorney or the NC Lawyer Referral Service at the NC Bar Association at 1-800-662-7660 may be able to refer you to an attorney.

With the issuance of this 90-Day Right-to-Sue letter, your complaint file is now closed and the Bureau will take no further action on your case. If you have questions, you may contact our Information Officer, Jay Cronley as set out below. A copy of this letter has been sent to Respondent.

Sincerely,

Juliana Rengifo
Discrimination Investigator

cc: Respondent

*RECEIVED FEB 15 2019*

1101 Mail Service Center • Raleigh • NC • 27699-1101
Office: 919-707-7941 • Fax: 888-533-0886 • Jay.Cronley@labor.nc.gov

Case 7:19-cv-00090-BO   Document 11-1   Filed 07/23/19   Page 1 of 6



CHERIE K. BERRY
Commissioner of Labor

Harriet S. Hopkins
Deputy Administrator
Retaliatory Employment Discrimination Bureau

February 11, 2019

**By Certified Mail**
70173040000035424596

Raul Barona-cisneros
C/o Robert Willis 488 Thompson St.
Pittsboro, NC 27312

    **Re: Raul Barona-cisneros v. Jackson Farming Company Of Autryville**
    **File No: 48665**

Dear Raul Barona-cisneros:

The Bureau has received your request that the Bureau issue you a right-to-sue letter regarding the above-referenced complaint. You request meets the requirements set forth in the Retaliatory Employment Discrimination Act (REDA), N.C. Gen. Stat. §95-242(c).

**THIS IS YOUR 90-DAY RIGHT-TO-SUE LETTER. Pursuant to N.C. Gen. Stat. §95-243, if you intend to pursue a lawsuit against the Respondent, you must file a civil action in superior court within ninety (90) days of the date of this letter. If you fail to file a civil action within this time, your right to sue the Respondent under the provisions of REDA is lost.**

If you wish to seek legal advice regarding the requirements for filing a civil action, you may want to consult with an attorney or the NC Lawyer Referral Service at the NC Bar Association at 1-800-662-7660 may be able to refer you to an attorney.

With the issuance of this 90-Day Right-to-Sue letter, your complaint file is now closed and the Bureau will take no further action on your case. If you have questions, you may contact our Information Officer, Jay Cronley as set out below. A copy of this letter has been sent to Respondent.

Sincerely,

Juliana Rengifo
Discrimination Investigator

cc: Respondent

RECEIVED FEB 15 2019 By_____

1101 Mail Service Center • Raleigh • NC • 27699-1101
Office: 919-707-7941 • Fax: 888-533-0886 • Jay.Cronley@labor.nc.gov



CHERIE K. BERRY  
Commissioner of Labor

Harriet S. Hopkins  
Deputy Administrator  
Retaliatory Employment Discrimination Bureau

February 11, 2019

**By Certified Mail**  
70173040000035424596

Luis Garcia-vicencio  
C/o Robert Willis 488 Thompson St.  
Pittsboro, NC 27312

    **Re: Luis Garcia-vicencio v. Jackson Farming Company Of Autryville**  
    **File No: 48663**

Dear Luis Garcia-vicencio:

The Bureau has received your request that the Bureau issue you a right-to-sue letter regarding the above-referenced complaint. You request meets the requirements set forth in the Retaliatory Employment Discrimination Act (REDA), N.C. Gen. Stat. §95-242(c).

**THIS IS YOUR 90-DAY RIGHT-TO-SUE LETTER. Pursuant to N.C. Gen. Stat. §95-243, if you intend to pursue a lawsuit against the Respondent, you must file a civil action in superior court within ninety (90) days of the date of this letter. If you fail to file a civil action within this time, your right to sue the Respondent under the provisions of REDA is lost.**

If you wish to seek legal advice regarding the requirements for filing a civil action, you may want to consult with an attorney or the NC Lawyer Referral Service at the NC Bar Association at 1-800-662-7660 may be able to refer you to an attorney.

With the issuance of this 90-Day Right-to-Sue letter, your complaint file is now closed and the Bureau will take no further action on your case. If you have questions, you may contact our Information Officer, Jay Cronley as set out below. A copy of this letter has been sent to Respondent.

Sincerely,

Juliana Rengifo  
Discrimination Investigator

cc: Respondent

RECEIVED FEB 15 2019 By_____

1101 Mail Service Center • Raleigh • NC • 27699-1101  
Office: 919-707-7941 • Fax: 888-533-0886 • Jay.Cronley@labor.nc.gov  
Case 7:19-cv-00090-BO   Document 11-1   Filed 07/23/19   Page 3 of 6



**CHERIE K. BERRY**
Commissioner of Labor

Harriet S. Hopkins
Deputy Administrator
Retaliatory Employment Discrimination Bureau

February 11, 2019

**By Certified Mail**
70173040000035424596

Rafael Hernandez-norberto
C/o Robert Willis 488 Thompson St.
Pittsboro, NC 27312

**Re: Rafael Hernandez-norberto v. Jackson Farming Company Of Autryville**
**File No: 48664**

Dear Rafael Hernandez-norberto:

The Bureau has received your request that the Bureau issue you a right-to-sue letter regarding the above-referenced complaint. You request meets the requirements set forth in the Retaliatory Employment Discrimination Act (REDA), N.C. Gen. Stat. §95-242(c).

**THIS IS YOUR 90-DAY RIGHT-TO-SUE LETTER. Pursuant to N.C. Gen. Stat. §95-243, if you intend to pursue a lawsuit against the Respondent, you must file a civil action in superior court within ninety (90) days of the date of this letter. If you fail to file a civil action within this time, your right to sue the Respondent under the provisions of REDA is lost.**

If you wish to seek legal advice regarding the requirements for filing a civil action, you may want to consult with an attorney or the NC Lawyer Referral Service at the NC Bar Association at 1-800-662-7660 may be able to refer you to an attorney.

With the issuance of this 90-Day Right-to-Sue letter, your complaint file is now closed and the Bureau will take no further action on your case. If you have questions, you may contact our Information Officer, Jay Cronley as set out below. A copy of this letter has been sent to Respondent.

Sincerely,

Juliana Rengifo
Discrimination Investigator

cc: Respondent

RECEIVED FEB 15 2019 By_____

1101 Mail Service Center • Raleigh • NC • 27699-1101
Office: 919-707-7941 • Fax: 888-533-0886 • Jay.Cronley@labor.nc.gov
Case 7:19-cv-00090-BO   Document 11-1   Filed 07/23/19   Page 4 of 6



CHERIE K. BERRY  
Commissioner of Labor

Harriet S. Hopkins  
Deputy Administrator  
Retaliatory Employment Discrimination Bureau

February 11, 2019

**By Certified Mail**  
70173040000035424596

Gavalier Perez-garcia  
C/o Robert Willis 488 Thompson St.  
Pittsboro, NC 27312

    **Re: Gavalier Perez-garcia v. Jackson Farming Company Of Autryville**  
    **File No: 48661**

Dear Gavalier Perez-garcia:

The Bureau has received your request that the Bureau issue you a right-to-sue letter regarding the above-referenced complaint. You request meets the requirements set forth in the Retaliatory Employment Discrimination Act (REDA), N.C. Gen. Stat. §95-242(c).

**THIS IS YOUR 90-DAY RIGHT-TO-SUE LETTER. Pursuant to N.C. Gen. Stat. §95-243, if you intend to pursue a lawsuit against the Respondent, you must file a civil action in superior court within ninety (90) days of the date of this letter. If you fail to file a civil action within this time, your right to sue the Respondent under the provisions of REDA is lost.**

If you wish to seek legal advice regarding the requirements for filing a civil action, you may want to consult with an attorney or the NC Lawyer Referral Service at the NC Bar Association at 1-800-662-7660 may be able to refer you to an attorney.

With the issuance of this 90-Day Right-to-Sue letter, your complaint file is now closed and the Bureau will take no further action on your case. If you have questions, you may contact our Information Officer, Jay Cronley as set out below. A copy of this letter has been sent to Respondent.

Sincerely,

Juliana Rengifo  
Discrimination Investigator

cc:  Respondent



RECEIVED FEB 15 2019 By_____

1101 Mail Service Center • Raleigh • NC • 27699-1101  
Office: 919-707-7941 • Fax: 888-533-0886 • Jay.Cronley@labor.nc.gov  
Case 7:19-cv-00090-BO   Document 11-1   Filed 07/23/19   Page 5 of 6



CHERIE K. BERRY
Commissioner of Labor

Harriet S. Hopkins
Deputy Administrator
Retaliatory Employment Discrimination Bureau

February 11, 2019

**By Certified Mail**
70173040000035424596

Rodolfo Sobrevilla-pe?a
C/o Robert Willis 488 Thompson St.
Pittsboro, NC 27312

    **Re: Rodolfo Sobrevilla-pe?a v. Jackson Farming Company Of Autryville**
    **File No: 48662**

Dear Rodolfo Sobrevilla-pe?a:

The Bureau has received your request that the Bureau issue you a right-to-sue letter regarding the above-referenced complaint. You request meets the requirements set forth in the Retaliatory Employment Discrimination Act (REDA), N.C. Gen. Stat. §95-242(c).

**THIS IS YOUR 90-DAY RIGHT-TO-SUE LETTER. Pursuant to N.C. Gen. Stat. §95-243, if you intend to pursue a lawsuit against the Respondent, you must file a civil action in superior court within ninety (90) days of the date of this letter. If you fail to file a civil action within this time, your right to sue the Respondent under the provisions of REDA is lost.**

If you wish to seek legal advice regarding the requirements for filing a civil action, you may want to consult with an attorney or the NC Lawyer Referral Service at the NC Bar Association at 1-800-662-7660 may be able to refer you to an attorney.

With the issuance of this 90-Day Right-to-Sue letter, your complaint file is now closed and the Bureau will take no further action on your case. If you have questions, you may contact our Information Officer, Jay Cronley as set out below. A copy of this letter has been sent to Respondent.

Sincerely,

Juliana Rengifo
Discrimination Investigator

cc: Respondent

RECEIVED
FEB 1 5 2019
By_____

1101 Mail Service Center • Raleigh • NC • 27699-1101
Office: 919-707-7941 • Fax: 888-533-0886 • Jay.Cronley@labor.nc.gov