UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No: 7:19-CV-90-BO

JOSE LUIS CRISANTO-VALENTIN, et al, )
)
Plaintiffs, )
)
v. ) **ORDER**
)
JACKSON'S FARMING COMPANY )
OF AUTRYVILLE, et al., )
)
Defendants. )

The Court has been advised that the parties have reached a complete settlement of the case. The plaintiff is therefore DIRECTED to file a notice of voluntary dismissal within sixty (60) days of the date of this order, subject to the right of any party to provide notice to the Court within that time that the settlement will not be consummated. Failure to comply with this order will result in this matter being dismissed with prejudice at the close of the sixty day period.

SO ORDERED, this __18__ day of September 2019.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE