IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOSÉ LUIS CRISANTO-VALENTIN, RAUL BARONA-CISNEROS, LUIS ENRIQUE GARCIA-VICENCIO, RAFAEL HERNANDEZ-NORBERTO, RODOLFO SOBREVILLA-PEÑA, and GAVALIER PEREZ-GARCIA, <br><br> Plaintiffs, <br><br> v. <br><br> JACKSON'S FARMING COMPANY OF AUTRYVILLE and WILLIAM RODNEY JACKSON, <br><br> Defendants. | Civil Action No.: 7:19-cv-90-BO |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P., plaintiffs José Luis Crisanto-Valentin, Raul Barona-Cisneros, Luis Enrique Garcia-Vicencio, Rafael Hernandez-Norberto, Rodolfo Sobrevilla-Peña, and Gavalier Perez-Garcia, by and through their undersigned counsel of record, hereby give notice of their voluntary dismissal with prejudice of their claim(s) in the above-captioned action.

This the 15th day of November, 2019.

                                               LAW OFFICE OF ROBERT J. WILLIS, P.A.
                                BY:/s/Robert J. Willis
                                         Robert J. Willis
                                         NC Bar #10730
                                         P.O. Box 1828
                                         Pittsboro, NC 27312
                                         Tel:(919)821-9031
                                         Fax:(919)821-1763
                                         rwillis@rjwillis-law.com
                                         Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of November, 2019 a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Nathan A. Huff, Esq.
nathan.huff@phelps.com
Phelps Dunbar LLP
4140 ParkLake Avenue, Suite 100
Raleigh, NC 27612

Rebecca Sha, Esq.
Rebecca.sha@phelps.com
Phelps Dunbar, LLP
365 Canal Place, Suite 2000
New Orleans, LA 70130-6534

Brandon Davis, Esq.
brandon.davis@phelps.com
Phelps Dunbar, LLP
365 Canal Place, Suite 2000
New Orleans, LA 70130-6534

This the 15th day of November, 2019.

/s/ Robert J. Willis
Robert J. Willis, Esq.
N.C. Bar No.: 10730